1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JASON WEST

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO. 1:08-cr-00100 AWI
                                     )
12              Plaintiff,           )   STIPULATION TO CONTINUE MOTIONS
                                     )   SCHEDULE AND STATUS CONFERENCE/
13      v.                           )   MOTIONS HEARING DATE;
                                     )   ORDER THEREON
14  JASON WEST,                      )
                                     )   Date:  June 23, 2008
15              Defendant.           )   Time:  9:00 am
                                     )   Judge: Hon. Anthony W. Ishii
16  _____ )

17

18      **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel, that defendant's reply to the Government's Response to Defendant's Motion for Discovery now

20  due June 9, 2008, may be continued to June 16, 2008, and **the status conference/motions hearing in the**

21  **above-referenced matter now set for June 16, 2008, may be continued to June 23, 2008, at 9:00 A.M.**

22      This continuance is requested by counsel for Defendant to allow him additional time for defense

23  preparation and investigation, and to allow the parties time for negotiation prior to hearing.  The requested

24  continuance will conserve time and resources for all parties and the court.

25  ///

26  ///

27   ///

28  ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2   justice, including but not limited to, the need for the period of time set forth herein in the interest of justice

3   and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and

4   3161(h)(8)(B)(i) and (iv).

5                                                                          McGREGOR W. SCOTT
                                                                           United States Attorney
6

7   DATED:  June 10, 2008                        By:   /s/ Elana Landau
                                                       ELANA LANDAU
8                                                      Assistant United States Attorney
                                                       Attorney for Plaintiff
9

10                                                     DANIEL J. BRODERICK
                                                       Federal Public Defender
11

12  DATED:  June 10, 2008                        By:   /s/  Marc Days
                                                       MARC DAYS
13                                                     Assistant Federal Defender
                                                       Attorneys for Defendant
14                                                     JASON WEST

15

16

17                                        **O R D E R**

18          **IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F),

19  3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

20

21  IT IS SO ORDERED.

22  **Dated:    June 10, 2008**                    /s/ Anthony W. Ishii
                                                   UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

Stipulation to Continue Motions Schedule and
Status Conference/Motions Hearing Date;
[PROPOSED] Order Thereon                -2-