1 DANIEL J. BRODERICK, #89424
Federal Defender
2 MARC DAYS, CA Bar #184098
Assistant Federal Defender
3 Designated Counsel for Service
2300 Tulare Street, Suite 330
4 Fresno, California  93721-2226
Telephone: (559) 487-5561
5
Attorney for Defendant
6 JASON WEST

7

8                        IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   NO. 1:08-cr-00100 AWI
                                      )
12                    Plaintiff,      )   STIPULATION TO CONTINUE STATUS
                                      )   CONFERENCE HEARING DATE;
13          v.                        )   ORDER THEREON
                                      )
14 JASON WEST,                        )   Date:   August 18, 2008
                                      )   Time:  9:00 am
15                    Defendant.      )   Judge: Hon. Anthony W. Ishii
                                      )
16 _____ )

17

18          **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 counsel, that **the status conference hearing in the above-referenced matter now set for August 4,**

20 **2008, may be continued to August 18, 2008, at 9:00 A.M.**

21          This continuance is requested by counsel for Defendant to allow him additional time for defense

22 preparation and investigation prior to hearing.  The requested continuance will conserve time and

23 resources for all parties and the court.

24 ///

25 ///

26   ///

27 ///

28 ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2 justice, including but not limited to, the need for the period of time set forth herein in the interest of justice

3 and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and

4 (iv).

5                                                                 McGREGOR W. SCOTT
                                                                United States Attorney
6

7 DATED:  July 30, 2008                      By:  /s/ Elana Landau
                                                                ELANA LANDAU
8                                                                Assistant United States Attorney
                                                                Attorney for Plaintiff
9

10                                                                DANIEL J. BRODERICK
                                                                Federal Public Defender
11

12 DATED:  July 30, 2008                      By:  /s/  Marc Days
                                                                MARC DAYS
13                                                                Assistant Federal Defender
                                                                Attorneys for Defendant
14                                                                JASON WEST

15

16

17                                        **O R D E R**

18        **IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and

19 3161(h)(8)(B)(i) and (iv).

20

21 IT IS SO ORDERED.

22 **Dated:   August 1, 2008**                    /s/ Anthony W. Ishii
                                                  CHIEF UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28