IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiffs,  ) | No. 1:08-CR-00100  LJO |
| ) | |
| vs.  ) | ORDER OF RELEASE |
| ) | |
| JASON WEST,  ) | |
| ) | |
| Defendant.  ) | |

The above-named defendant having been sentenced on December 10, 2012, to continued supervision by the United States Probation Office,

IT IS HEREBY ORDERED that the defendant shall be released to a representative of Turning Point, a Residential Drug Treatment Program in Bakersfield on December 11, 2012 at 3:00 p.m.  A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

**Dated:    December 11, 2012**            /s/ Lawrence J. O'Neill
                                                                 UNITED STATES DISTRICT JUDGE

1